**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 06-6331**

————————

JAMES M. BROTEN, a/k/a Jim Broten,

                                        Plaintiff - Appellant,

        versus

CHARLESTON COUNTY DETENTION CENTER; J. ALTON
CANNON, JR., Sheriff; ROLAND H. WINDHAM, JR.,
Charleston County Administrator; CHIEF DEPUTY
K. P. NOVAK, Chief Jailor; OFFICER CCDC
OFFICER FORRESTER; OFFICER CCDC OFFICER
TIPTON; UNKNOWN, CCDC Tag Team Officers;
UNKNOWN, CCDC Nurse Betty; JOHN DOES, unknown
CCDC officers,

                                        Defendants - Appellees,

        and

US MARSHALS; D. LYNES, a/k/a D. Lyons, Interim
Chief United States Marshalls Service,

                                        Defendants.

————————

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  R. Bryan Harwell, District Judge.
(8:04-cv-01413-RBH)

————————

Submitted: July 20, 2006                Decided: July 26, 2006

————————

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

James H. Broten, Appellant Pro Se. Eugene P. Corrigan, III, Michael J. Ferri, GRIMBALL & CABANISS, Charleston, South Carolina; Robert Holmes Hood, HOOD LAW FIRM, Charleston, South Carolina; Robert Gerald Chambers, Jr., Ashley S. Heslop, TURNER & PADGETT, Charleston, South Carolina; Barbara Murcier Bowens, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James M. Broten appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Broten v. Charleston County Det. Ctr., No. 8:04-cv-01413-RBH (D.S.C. Feb. 15, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED